■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL GRAYSON, Appellant. [672 NYS2d 599] —Judgment of resentence, Supreme Court, New York County (Mary McGowan Davis, J.), rendered on or about May 22, 1995, unanimously affirmed. Motion to enlarge the record on appeal denied. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Williams and Saxe, JJ.